UNITED STATES DISTRICT COURT
NORTHERN DISCTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Kellyann V. Primiano,

        Plaintiff,     Civil Action No. 13-cv-1176

    - v. -

**CONSENT ORDER TO REMAND PURSUANT TO SENTENCE 4 OF 42 U.S.C. § 405(g)**

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

This matter having been opened to the Court by RICHARD S. HARTUNIAN, United States Attorney for the Northern District of New York, and Daniel R. Janes, Special Assistant United States Attorney, attorneys for Defendant, for an Order remanding the within cause of action to the Defendant pursuant to the fourth sentence of 42 U.S.C. § 405(g), and Plaintiff, through the undersigned attorney, having consented to the within order and the requested remand, and the Court having considered the matter.

IT IS on this __16th__ day of April, 2014.

ORDERED that the final decision of the Commissioner be REVERSED and REMANDED to the Defendant pursuant to the fourth sentence of 42 U.S.C. § 405(g), for further administrative proceedings.

SO ORDERED:                  _____
                                                     Hon. Frederick J. Scullin, Jr.
                                                     Senior U.S. District Judge

The undersigned hereby consent to the form and entry of the within order.

                                      RICHARD S. HARTUNIAN
                                      United State Attorney

By:    s/*Daniel R. Janes*
          Daniel R. Janes
          Special Assistant United States Attorney
          26 Federal Plaza, Room 3904
          New York, NY 10278
          Tel: (212) 264-2487
          Fax: (212) 264-6372
          Email: Daniel.Janes@ssa.gov

          s/*Peter M. Margolius*
          PETER M. MARGOLIUS
          Office of Peter M. Margolius
          7 Howard Street
          Catskill, New York 12414
          Tel: (518) 943-5100
          Fax: (518) 943-4373
          Email: margolius@mhcable.com